```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 20432
    FLORENTINO DIAZ
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1533

------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/01/2007 and was not confirmed.

    The case was dismissed without confirmation 01/28/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
SANTANDER CONSUMER USA   SECURED VEHIC     17500.00          .00         647.24
SANTANDER CONSUMER USA   UNSECURED        NOT FILED          .00            .00
CHASE HOME FINANCE       UNSECURED        NOT FILED          .00            .00
CHRIST MEDICAL CENTER    UNSECURED        NOT FILED          .00            .00
CHRIST MEDICAL CENTER    UNSECURED        NOT FILED          .00            .00
CHRIST MEDICAL GROUP     UNSECURED        NOT FILED          .00            .00
CLIENT SERVICES INC      UNSECURED        NOT FILED          .00            .00
EVERGREEN EMERGENCY SERV UNSECURED            46.01          .00            .00
FIRST FINANCIAL MANAGEME UNSECURED        NOT FILED          .00            .00
STATE FARM INSURANCE     NOTICE ONLY      NOT FILED          .00            .00
STATE FARM MUTUAL AUTO I NOTICE ONLY      NOT FILED          .00            .00
LITTLE COMPANY OF MARY H UNSECURED        NOT FILED          .00            .00
MIDAMERICA CARDIOVASCULA UNSECURED        NOT FILED          .00            .00
TIMOTHY K LIOU           REIMBURSEMENT         9.20          .00           9.20
TIMOTHY K LIOU           DEBTOR ATTY       3,500.00                     1,263.16
TOM VAUGHN               TRUSTEE                                          154.90
DEBTOR REFUND            REFUND                                         1,383.00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             3,457.50

PRIORITY                                        9.20
SECURED                                       647.24
UNSECURED                                        .00
ADMINISTRATIVE                              1,263.16
TRUSTEE COMPENSATION                          154.90
DEBTOR REFUND                               1,383.00
                    --------------         --------------
TOTALS              3,457.50                3,457.50
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 20432 FLORENTINO DIAZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE